UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AMELIA SAENZ MONTOYA | § § § § |
| VS. | § CIVIL ACTION NO. 7:23-CV-00062 |
| PANDA EXPRESS INC. | § § § § |

## PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES AMELIA SAENZ MONTOYA, hereinafter referred to as Plaintiff, and files this, her First Amended Original Complaint against PANDA EXPRESS INC., hereinafter referred to as Defendant, and for cause of action will show the Court the following:

### CLAIM FOR RELIEF

1. Plaintiff is seeking monetary relief from Defendant in an amount that is more than $250,000.00, but less than $1,000,000.00, as compensation for her damages.

### PARTIES

2. Plaintiff Amelia Saenz Montoya is an individual who resides in Rio Grande City, Starr County, Texas.

3. Defendant Panda Express Inc. is a limited liability company from California. Defendant Panda Express Inc. has been served with process and filed an answer in this case.

## VENUE AND JURISDICTION

4. The incident described hereinbelow or events giving rise to Plaintiff's claim against Defendant arose in Mission, Hidalgo County, Texas. Venue for this cause of action therefore lies in Hidalgo County, Texas.

5. Plaintiff filed her original petition in the 92nd District Court in Edinburg, Hidalgo County, Texas. Defendant removed this case to the United States District Court, Southern District of Texas, McAllen Division, based on diversity of citizenship of the parties. Plaintiff is a resident of Texas and Defendant is a limited liability company from California. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. This Court therefore has diversity subject matter jurisdiction for this cause of action in accordance with 28 U.S. Code §1332.

## FACTS

6. On August 3, 2021, at 5:30 p.m., Plaintiff was at the Panda Express restaurant in Mission, Hidalgo County, Texas for business purposes. Plaintiff was at the self-serve drink station serving herself a drink. As she attempted to get ice from the ice dispensing machine, a large metal panel that was attached to the machine high above Plaintiff's head in an unsecured manner fell from the ice machine and landed on Plaintiff's head and right arm, pinning her right arm to the counter of the drink station, and causing her to suffer injuries and damages. Defendant maintained or repaired the machine before the incident occurred and caused the panel to exist on the machine in an unsecured manner, fall from the machine, and land on Plaintiff, causing her to suffer injuries and damage. In this regard, Defendant created the dangerous condition on the restaurant premises that caused Plaintiff to suffer injuries and damages. Knowledge of

the dangerous condition is therefore imputed on Defendant under Texas Premises Liability Law.

## CAUSE OF ACTION BASED ON PREMISES LIABILITY LAW AND PROXIMATE CAUSE

7. At the time that is material to the incident described hereinabove and this case, Defendant was negligent under premises liability law in that: A. Plaintiff was a business invitee, B. Defendant owned, possessed, maintained, and/or controlled the premises where the incident described hereinabove occurred, including the ice dispensing machine, C. A condition on the premises, the ice dispensing machine that had a large and heavy metal panel attached to the machine in an unsecured manner and/or the large and heavy metal panel that was attached to the machine in an unsecured manner, as described in the preceding paragraph, posed an unreasonable risk of harm D. Defendant knew or reasonably should have known of the danger posed by the condition, and E. Defendant breached its duty of ordinary care by failing to adequately warn Plaintiff of the condition and failing to make the condition reasonably safe. This negligence by Defendant was the sole proximate cause or a proximate cause of the incident described.

## DAMAGES

8. As a proximate cause of the negligence of Defendant in causing the incident described hereinabove, Plaintiff suffered injuries, suffered physical pain and mental anguish in the past, will suffer physical pain and mental anguish in the future, suffered physical impairment in the past, will suffer physical impairment in the future, suffered physical disfigurement in the past, will suffer physical disfigurement in the future, lost wages in the past, will suffer a loss of earning capacity in the future, incurred medical

expenses in the past, and will incur medical expenses in the future. Plaintiff is seeking monetary relief from Defendant an amount that is more than $250,000.00, but less than $1,000,000.00, as compensation for her damages.

## PREJUDGMENT AND POSTJUDGMENT INTEREST

9. Plaintiff further sues Defendant herein for prejudgment interest at the maximum rate allowed by law on those damages where such interest may be assessed and for postjudgment interest at the maximum rate allowed by law on all of Plaintiff's damages from the date of judgment until the judgment is paid in full.

## REQUEST FOR JURY AND JURY FEE

10. Plaintiff requests that the above-styled and numbered cause be tried to a jury and represents to the Court that the proper jury fee has been paid to the Clerk of this Court with the filing of Plaintiff's Original Petition.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final hearing, she have judgment against Defendant for all of her damages hereinabove alleged, for prejudgment and postjudgment interest, and for any and all other relief, both general and special, in law and in equity, and for all costs of Court in her behalf expended.

Respectfully Submitted,

THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone No. (956) 682-1883
Fax No. (956) 682-0132
Email: email@cisneroslawfirm.com


/s/    *Michael J. Cisneros*
MICHAEL J. CISNEROS
State Bar No. 00793509
Southern District Bar No.: 19522
ARTURO CISNEROS
State Bar No. 00789224
Southern District Bar No.: 19521
Attorneys for Plaintiff


CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this _____ day of _____, 2023, a true and correct copy of Plaintiff's First Amended Original Complaint was sent to counsel for Defendant via electronic mail.


/s/    *Michael J. Cisneros*
MICHAEL J. CISNEROS

5