United States District Court
Southern District of Texas
**ENTERED**
January 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **AMELIA SAENZ MONTOYA** § | | **CIVIL ACTION NO. 7:23-cv-00062** |
| **Plaintiff,** § | | |
| § | | |
| **V.** § | | |
| § | | |
| **PANDA EXPRESS INC.** § | | |
| § | | |
| **Defendants.** | | |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Stipulation of Dismissal submitted by Plaintiff AMELIA SAENZ MONTOYA, and Defendant PANDA EXPRESS INC. and finds that the parties' request has merit and should be GRANTED.

It is therefore, ORDERED that all claims and causes of action, asserted by Plaintiff AMELIA SAENZ MONTOYA against Defendant PANDA EXPRESS INC. in the above-entitled action are DISMISSED with prejudice and that costs of court be assessed against the party incurring the same.

This order is final and all relief not expressly granted is DENIED.

SO ORDERED January 29, 2024, at McAllen, Texas.

*[signature]*
Randy Crane
United States District Judge